UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DARNELL MOON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| KIM BRAMLETT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

COME NOW Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Karin A. Schute, Assistant United States Attorney for said District, and hereby enter their appearance on behalf of Defendants Kim Bramlett, Charles Doerge, Clint Vestal, Tara Davis, Fletcher DaBera, Grant Sneed, Daniel Macke, Stephen Holmes, Damir Begovic, Jo Cooper, John Epple, and Charo Prude of the United States Probation Office for the Eastern District of Missouri, and Defendants Patrick James and Edward "Ned" Boyd of the United States Marshals Service in their official capacities only.

The United States Attorney's Office has not yet received authorization from the Department of Justice to represent Defendants Kim Bramlett, Charles Doerge, Clint Vestal, Tara Davis, Fletcher DaBera, Grant Sneed, Daniel Macke, Stephen Holmes, Damir Begovic, Jo Cooper, John Epple, Charo Prude, Patrick James, and Edward "Ned" Boyd in their individual capacities. The Department of Justice is currently reviewing these defendants' requests for representation. Once authorization is received, undersigned counsel will file a separate entry of appearance for these defendants in their individual capacities.

1

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

 /s/ Karin A. Schute
KARIN A. SCHUTE, #62019MO
Assistant United States Attorney
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-6850
(314) 539-2287 FAX
karin.schute@usdoj.gov

*Attorneys for Defendants Bramlett, Doerge, Vestal, Davis, DaBera, Sneed, Macke, Holmes, Begovic, Cooper, Epple, Prude, James, and Boyd (Official Capacity Only)*

### CERTIFICATE OF SERVICE

I certify that on December 6, 2023, a copy of the foregoing was filed electronically with the Clerk of the Court, and a copy was mailed to and emailed to:

Darnell Moon
1003 West Columbia Street
Apartment 8
Farmington, MO 63640
*Self-Represented Plaintiff*

Robert Plunkert
plunkert@pspclaw.com
*Attorney for Defendants Goggins, Stolzer, Schott, and Johnson*

 /s/ Karin A. Schute
KARIN A. SCHUTE
Assistant United States Attorney